UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TULISHA DOCTOR | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:23-CV-33-FL |
| CUMBERLAND COUNTY SCHOOLS | ) | |
|     Defendant | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the magistrate judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 7, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to state a claim.

**This Judgment Filed and Entered on June 7, 2023, and Copies To:**
Tulisha Doctor (via US mail) 6425 Brookstone Lane, Apt 202, Fayetteville, NC 28314

June 7, 2023                    PETER A. MOORE, JR., CLERK

                                                            /s/ Sandra K. Collins
                                                          (By) Sandra K. Collins, Deputy Clerk